IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONTINENTAL CASUALTY COMPANY                                    PLAINTIFF

v.                              No. 4:07CV00042 GH

WOODSON WALKER, *et al*.                                        DEFENDANTS

### ORDER

Plaintiff's April 4th motion (#2) for admission *pro hac vice* of Richard Simpson and Teah R.

Lupton as co-counsel is hereby granted.

IT IS SO ORDERED this 5th day of April, 2007.

_____
J. LEON HOLMES
*for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com