IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONTINENTAL CASUALTY COMPANY                                         PLAINTIFF

v.                              No. 4:07CV00042 GH

WOODSON WALKER, *et al*.                                             DEFENDANTS

## **ORDER**

Plaintiff's April 4th motion (#2) for admission *pro hac vice* of Richard Simpson and Teah R. Lupton as co-counsel is hereby granted.

IT IS SO ORDERED this 5th day of April, 2007.

_____
J. LEON HOLMES
*for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE