IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | * * * | |
| Plaintiff, | * * | |
| vs. | * | No. 4:07cv00298 SWW |
| | * * * | |
| WOODSON WALKER, WALKER & DUNKLIN, and as an interested party, JO ANN WILLIAMS, | * * * * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that the motion of Continental Casualty Company for summary judgment in its action seeking a judicial declaration that it has no duty to defend or indemnify Woodson Walker or the Law Firm of Walker & Dunklin in connection with a legal malpractice claim asserted against Walker and the Firm by Jo Ann Williams in *Jo Ann Williams v. Woodson Walker, et al.*, No. 2005-CV-238-2 (Ouachita County Cir. Ct.), be and it hereby is granted.

IT IS SO ORDERED this 7th day of July 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE